Mae Diamond, as a Director and Stockholder of Jarold Shops, Inc., Suing on Behalf of Herself and the Right of Said Corporation, Appellant, *v.* Evelyn Diamond et al., Respondents.

Submitted January 4, 1954; decided January 21, 1954.

*Jay Leo Rothschild* for motion.

*Jacob W. Friedman* opposed.

Motion denied. Appellant will be precluded from presenting a brief on the appeal herein unless such brief shall be served and filed no later than February 1, 1954.